

# CHRIS DANIEL <span style="color:red">01-15-00134-CR</span>

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/12/2015 3:20:34 PM
CHRISTOPHER A. PRINE
Clerk

February 10, 2015

HONORABLE BROCK THOMAS
338TH DISTRICT COURT
HARRIS COUNTY
HOUSTON, TX

Defendant's Name: JENNIFER LEANN WATSON

Cause No: 1363069

Court: 338TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 1/29/15
**Sentence Imposed Date:** 1/20/15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

S. NORRIS

S. NORRIS
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

JILL HAMBY (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

Cause No. 1363069

# THE STATE OF TEXAS

Jennifer Watson, A/K/A/ _____

**338th** District Court / County Criminal Court at Law No. _____

## Harris County, Texas

### NOTICE OF APPEAL

## TO THE HONORABLE JUDGE OF SAID COURT:

On __1·29·15__ (date), the defendant in the above numbered and styled cause gives
NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

- ☒ MOVES to withdraw.
- ☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

__1·29·15__
**Date**

__Jennifer Watson__
**Defendant (Printed name)**

**FILED**
Chris Daniel
District Clerk
JAN 29 2015
Time: _____ Harris County, Texas
By _____

**Attorney (Signature)** _Cheryl Brown_

**Attorney (Printed name)** _00795648_

**State Bar Number** _3730 Kirby #1200 Hou 7709_

**Address** _713 526 4244_

**Telephone Number**

The defendant (check all that apply):

- ☐ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.
- ☐ ASKS the Court to ORDER that a free record be provided to him.
- ☒ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

__X Watson__
**Defendant (Signature)**

__Jennifer Watson__
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON ____JAN 2 9 2015.____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___JAN 3 0 2015___ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☐ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw ~~is **GRANTED**~~ / **DENIED**.

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**.

☐ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number) is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☑ **SET** at $ _____

☐ **TO CONTINUE** as presently set.

☐ **DENIED** and is **SET** at **NO BOND**. (Felony Only)

**DATE SIGNED:** ___JAN 3 0 2015___

_____
JUDGE PRESIDING,
~~232~~ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. 1363069

THE STATE OF TEXAS

v.

Jennifer Watson, Defendant

IN THE 338 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW No. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [✓] is not a plea-bargain case, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [or]
- [ ] the defendant has waived the right of appeal.

_____
Judge

JAN 29 2015
_____
Date Signed

**FILED**
Chris Daniel
District Clerk
JAN 29 2015
Time: _____
Harris County, Texas
By _____ Deputy

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

_____
Defendant's Counsel

State Bar of Texas ID number: 00795648

Mailing Address: 3730 Kirby #1200 Hou 77098

Telephone number: 713 526 4244

Fax number (if any): 281 778 8789

---

\* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

**1st**

## 3-21-15

**Court**  338th

**Cause No.**  1363069

### The State of Texas
### Vs.

Watson, Jennifer Leann

1-20-15

**Date Notice Of Appeal:** 1-29-2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Brock T Thomas
**Court Reporter** Jill Hornby
**Court Reporter**_____
**Court Reporter**_____

**Attorney on Trail** Brown, CHeryL Shooks

**Attorney on Appeal** N/A

Appointed_____ Hired_____

**Offense** Poss W/int Del CS. PG1

**Jury Trail:** Yes_____ No ___/___

**Punishment Assessed** 6 years TDC

**Companion Cases (If Known)** N/A

**Amount of Appeal Bond** $100,000.00

**Appellant Confined:** Yes ___/___ No_____

**Date Submitted To Appeal Section** 2-2-2015

**Deputy Clerk** B. Boy

221997

Notice of Appeal Card Rev. 9/84